IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                                          PLAINTIFF

v.                                          NO. 2:14CV00089 JLH

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                       DEFENDANT

ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions for sanctions filed by plaintiff David Librace ("Librace") are denied. See Pleadings 12 and 13. The motion for summary judgment, previously a motion to dismiss, filed by the Acting Commissioner of the Social Security Administration ("Commissioner") is granted, see Pleading 9, and Librace's complaint is dismissed. Judgment will be entered for the Commissioner.

IT IS SO ORDERED this 25th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE