IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                         PLAINTIFF

v.                              NO. 2:14CV00089 JLH

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 25th day of November, 2014.

_/s/ J. Leon Holmes_____
UNITED STATES DISTRICT JUDGE